No. 2014-0138-CC

| | | |
|---|---|---|
| AMELIA STAYTON | § | IN THE COUNTY COURT |
| **Plaintiff** | § | |
| vs. | § | |
| | § | OF |
| **BUDDY CASTEEL and** | § | |
| **JARET BRANDON CASTEEL** | § | |
| **Defendants,** | § | **REAL COUNTY, TEXAS** |
| **and all other** | | |
| **occupants** | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 10:58:57 AM
KEITH E. HOTTLE
Clerk

## ORDER

On this the 13th day of February, 2015, the Court, on its own motion, GRANTS a new trial in the above styled and numbered cause and ORDERS that this case will be set for trial in the Real County Court on a date to be determined.

Signed this 13th day of February, 2015.

_____
HONORABLE GARRY A. MERRITT

Filed 13TH day of FEB 20 15 at 11:30 A.M

_____ Clerk
County Court, Real County, Texas

By: _____ Deputy

